PROB 22
(Rev. 01/24)

DOCKET NUMBER *(Tran. Court)*
0207 1:16CR00617

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00327-CDS-EJY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Lashawn Ballance | Eastern District of New York | Brooklyn |
| | NAME OF SENTENCING JUDGE | |
| | Brian M. Cogan, Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/22/2022 — TO 6/21/2026 |

OFFENSE
21 U.S.C. 846; 841(b) Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl and Oxycodone

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Due to residency

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE     EASTERN     DISTRICT OF     NEW YORK

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the     District of Nevada     upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 17, 2025
Date

*Brian M. Cogan*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 17, 2025
Effective Date

Cristina D. Silva, United States District Judge